946 A.2d 641

**In the Matter of the ESTATE OF Laird M. WOLFE, Deceased.**

**Petition of Linda D. Wolfe.**

Supreme Court of Pennsylvania.

April 4, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of April 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the issue set forth below.

> Whether damages recovered from a wrongful death action can be distributed to a decedent's beneficiaries in the proportion they would take the personal estate of the decedent in the case of intestacy, pursuant to 42 Pa.C.S. § 8301, regardless of whether those beneficiaries personally suffered no pecuniary loss whatsoever?

946 A.2d 641

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Eugene GREEN, Petitioner.**

Supreme Court of Pennsylvania.

April 11, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of April 2008, the Petition for Writ of Prohibition is DENIED.